976

No. 665. RUDICK v. SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES ET AL. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Phill Silver* for petitioner.

No. 667. KATSCHKE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* and *Edward J. Calihan, Jr.*, for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 668. WATSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Solicitor General Marshall* for the United States.

No. 669. RITACCO ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Paul A. Skjervold* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 670. TECON ENGINEERS, INC., ET AL. v. UNITED STATES. Ct. Cl. Certiorari denied. *William C. Battle* and *James E. Fahey* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Philip R. Miller* for the United States.

No. 685. PINEDO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John M. Brant* for the United States.